AO 199A (Rev. 12/11- EDCA [Fresno Version 2]) Order Setting Conditions of Release- Misd.

# UNITED STATES DISTRICT COURT
for the
## Eastern District of California

UNITED STATES OF AMERICA, )
)
v. )
) Case No.  1:24-mj-00092 EPG
TYLER ANTHONY MARSH, )

## ORDER SETTING CONDITIONS OF RELEASE
(Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release and notify the court within 48 hours if defendant is arrested and/or convicted of any violation of federal, state or local law;

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. 40702.

(3) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

(4) The defendant shall notify the Court and defendant's counsel of any change of address or telephone

(5) The defendant is prohibited from entering Yosemite Park, except for court appearances.

(6) Unless waived by the court, the defendant must appear before:   U.S. DISTRICT COURT, Yosemite on 9/10/2024 @ 10:00 AM before U.S. Magistrate Judge Helena Barch-Kuchta

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 08/13/24

*Defendant's signature*

Date: 8-13-2024

*Judicial Officer's Signature*

Sheila K. Oberto, United States Magistrate Judge
*Printed name and title*