HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIN SNIDER, Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Tel: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
TYLER ANTHONY MARSH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER ANTHONY MARSH,<br><br>Defendant. | Case No. 1:24-mj-00092-EPG<br><br>**ORDER FOR RELEASE** |

IT IS HEREBY ORDERED that defendant Tyler Anthony Marsh (Fresno County Sheriff's Office JID 7124464) shall be released from the Fresno County Jail on Wednesday, August 14, 2024, at 10:00 a.m. to the custody of Kevin Mitchel, a Federal Defender Office representative.

IT IS SO ORDERED.

Dated: 8-13-2024

_____
HONORABLE SHEILA K. OBERTO
United States Magistrate Judge